UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:12CR64

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **CONSENT ORDER** |
| ) | **CONCERNING SUBSTITUTE** |
| ) | **PROPERTY FOR REAL PROPERTY** |
| JIAN QING WANG a/k/a ) | |
| JIAN WONG ) | |
| Defendant. ) | |

WHEREAS, on June 19, 2012, the Grand Jury for the Western District of North Carolina returned a Bill of Indictment against the defendant;

WHEREAS, the Bill of Indictment included a Notice of Forfeiture and Finding of Probable Cause stating the intent of the United States to forfeit the real property at 286 Foxcroft Drive, Asheville, Buncombe County, North Carolina, as described in Book 1985, Page 0350, of the Buncombe County Land Registry, Buncombe County, North Carolina;

WHEREAS, on October 23, 2012, the defendant entered into a Plea Agreement with the United States in which he agreed to plead guilty to Count One of the Bill of Indictment, a violation of 18 U.S.C. § 1324(a)(1)(A)(ii) and 1324(a)(B)(I), transporting and attempting to transport illegal aliens;

WHEREAS, on August 19, 2011, at Deed Book 4908, Page 928, Buncombe County, North Carolina, exclusive title to 286 Foxcroft Drive was transferred to the defendant, Jian Qing Wang and his wife, Sandy Wang f/k/a Man Sun Wong;

WHEREAS, with respect to the forfeiture of the real property in the Notice of Forfeiture in the Bill of Indictment, the defendant has agreed in the Plea Agreement to a substitute res of a money judgment of $60,000.00 in United States currency for the real property at 286 Foxcroft Drive, Asheville, North Carolina;

WHEREAS, on November 5, 2012, the defendant, pursuant to Federal Rule of Criminal Procedure 11 and the Plea Agreement, pleaded guilty to Count One of the Bill of Indictment;

NOW, THEREFORE,

1. Pursuant to Fed. R. Crim. P. 32.2(c)(2) and 8 U.S.C. § 1324(b), the following property is FORFEITED to the United States:

A money judgment of United States currency in the amount of $60,000.00.

2. The defendant is ORDERED to pay the money judgment of $60,000.00 within thirty (30) days of the date of the entry of this Order.

3. Upon payment of the money judgment, the United States is ORDERED to dismiss the Notice of Forfeiture in the Bill of Indictment.

SO AGREED:

_____
THOMAS R. ASCIK
Assistant United States Attorney

_____
JIAN QING WANG ak/a JIAN WONG
Defendant

_____
JAME W. KILBOURNE, JR
Attorney for Defendant

Signed this the 6 day of November, 2012.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE