*[Signature: Martin Reidinger]*
Martin Reidinger
United States District Judge

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

Date: 11/6/2014

To: The Honorable Martin Reidinger
U.S. District Court Judge

From: Valerie G. Debnam
United States Probation Officer

Subject: Jian Qing Wang
Out-of-Country Travel Request
Case Number: 1:12CR64

---

Mr. Wang appeared before Your Honor on 9/12/2013, for the offense of Transporting Illegal Aliens. Mr. Wang was sentenced to a three (3) year term of probation. The following special conditions were ordered: (1) the defendant shall pay a special assessment of $100 (paid); (2) the defendant shall pay a fine in the amount of $1,000 (paid); (3) throughout the period of supervision the probation officer shall monitor the defendant economic circumstances and shall report to the court, with recommendation as warranted, any material changes that may affect the defendant's ability to pay any court-ordered penalties; (4) the defendant shall be placed on home detention with location monitoring technology for a period of 4 months, to commence as soon as practicable following release from imprisonment. During this time, the defendant is restricted to the defendant's place of residence at all times except for operating defendant's business; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer. The defendant shall maintain a telephone at the defendant's place of residence without any "call forwarding" "Caller ID service, "call waiting," dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm or three-way calling service; (5) the defendant is to pay the cost of the location monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the location monitoring shall be made in accordance with the probation officer's direction. Changes to the established rate can be made by the probation officer subject to supervisory approval. Mr. Wang has satisfied all of his conditions.

Mr. Wang has submitted a request to travel to Fuzhou China, for the purpose of visiting his sick mother. He will be staying at his mother's address: 114 Fengwei Road, Xibian Village, Tingjiang Township, Mawei District, Fujian Province in China. Mr. Wang will leave on January 8, 2015 and return on February 20, 2015. It should be noted that Mr. Wang did not travel on his previous requested dates of December 12, 2014 to January 6, 2015.

Mr. Wang has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Wang be allowed to travel to China as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

(X)     Permission to Travel Approved

( )     Permission to Travel Denied

( )     Other

December 30, 2014

_____

Date

Martin Reidinger
United States District Judge

Signature of Judicial Officer